UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 2:26-mj-00017

MIGUEL ANGEL AGUIRRE

### ORDER

Pending before the Court is the government's Sealed Moton to Unseal Material Witness Arrest Warrant. For good cause shown, the Court **GRANTS** the government's motion.

The Clerk is directed to **UNSEAL** the Material Witness Arrest Warrant issued for Manuel Marvin Tzoc-Tzep. The Court **ORDERS** that the supporting documents for the Material Witness Arrest Warrant **REMAIN SEALED** pending further order of the Court.

The Court **FURTHER ORDERS** that the government's Sealed Moton to Unseal Material Witness Arrest Warrant be **SEALED** pending further order of the Court.

ENTER: Jan. 22, 2026

DWANE L. TINSLEY
United States Magistrate Judge